JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
OCT 30 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EDWARD MORRISETT,<br><br>      Petitioner,<br>vs.<br><br>T. FELKER, Warden,<br><br>      Respondent. | CASE NO. CV 07-06270 MMM (AN)<br><br>JUDGMENT FOR RESPONDENT |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 30, 2009

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 3 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY